**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

Vickey D. Vennekamp, Appellant,

v.

Schaffler Group, USA, and The Phoenix Insurance Company, Respondents.

Appellate Case No. 2012-213392

Appeal From The Workers' Compensation Commission

Unpublished Opinion No. 2014-UP-097
Heard January 7, 2014 – Filed March 5, 2014

**APPEAL DISMISSED**

Gretchen Aynsley Rogers, of Berman Sobin Gross Feldman & Darby, LLP, of Columbia, and Michael Joseph O'Sullivan, of the Law Office of Michael J. O'Sullivan, of Conway, for Appellant.

Franklin D. Guerrero, Jr., of Willson Jones Carter & Baxley, P.A., of Greenville, for Respondents.

**PER CURIAM:** Vickey D. Vennekamp appeals the finding of the Workers' Compensation Commission's Appellate Panel ordering the termination of her

temporary total benefits, arguing her employer, Schaffler Group, USA, and its carrier, Phoenix Insurance Company, failed to file a Form 21 as required by the Regulations of the South Carolina Code.  We dismiss the appeal pursuant to Rule 220(b), SCACR, and the following authorities: *Martinez v. Spartanburg Cnty.*, 406 S.C. 532, ___, 753 S.E.2d 436, 437 (2014) (stating that under the Administrative Procedures Act, only final judgments of administrative agencies may be appealed); *Bone v. U.S. Food Serv.*, 404 S.C. 67, 84, 744 S.E.2d 552, 561 (2013) (holding the same).

**APPEAL DISMISSED.**

**FEW, C.J., and PIEPER and KONDUROS, JJ., concur.**